-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JEFFERY GOODSON, 07A1685,

        Plaintiff,

                                      DECISION AND ORDER
-v-                                07-CV-6291L

DR. JOHN DOE;
NURSE JANE DOE;
NURSE JANE DOE #2, Nurse Administrator;
DRILL INSPECTOR JANE DOE;
DRILL INSPECTOR JOHN DOE; and
WILLARD DRUG TREATMENT CAMPUS, DOC;

        Defendants.
_____

Plaintiff Jeffery Goodson has brought this action *pro se* under 42 U.S.C. § 1983 for injuries sustained while incarcerated at the Willard Drug Treatment Campus in 2005. By Order dated August 14, 2007, the Court requested that the Attorney General of the State of New York attempt to ascertain, from Willard Drug Treatment Campus records, the identities of the employees described in plaintiff's amended complaint and the address where each defendant can be served. The Attorney General's Office has responded to the Court Order.

Based on the information provided thus far, the Amended Complaint is hereby deemed amended to substitute for defendant Dr. John Doe, David Walwrath, for defendant Nurse Jane Doe #2, Louise Guzalak, for defendant Nurse Jane Doe, M. Berglund and T. Sprague. They may all be served at the Willard Drug Treatment Campus. Plaintiff will need to identify the remaining unidentified defendants based on the information provided to date or through discovery in order to further amend the complaint and allow timely service.

The Clerk of Court is directed to complete Summons and Marshals forms for the above named defendants and cause the United States Marshal to serve copies of the Summons, Amended Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint..

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: November 26, 2007
Rochester, New York